1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LEMINO DENNIS,                    Case No. CV 16-8160 JFW (SS)

12              Petitioner,

13        v.                           **JUDGMENT**

14   JOE A. LIZARRAGA, Warden,

15              Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice.

23

24   DATED: March 13, 2017

25                                     JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE
26

27

28